IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TRANSPORT WORKERS UNION OF AMERICA (TWU) LOCAL 555,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:14-CV-103-M** |
| **SOUTHWEST AIRLINES COMPANY,** | § § § | |
| Defendant. | § | |

# ORDER

    Before the court is Transport Workers Union (TWU) of America Local 555's ("Plaintiff") Original Complaint and Emergency Application for Temporary Restraining Order ("TRO") and Motion for Preliminary Injunction ("Motion") (Doc. 1), filed January 14, 2014. The court has conducted a preliminary review of the TRO, the Motion, and the briefing. Before ruling on the TRO and Motion or returning the matter to the presiding judge, the court believes that a response from Southwest Airlines Company ("Defendant") is appropriate. Accordingly, the court **orders** Defendant to file a response with the court by **12:00 p.m. tomorrow** (January 16, 2014). The clerk of court is **directed** to send a copy of this order to the attorneys for Defendant: Messrs. Joe Harris (joe.harris@wnco.com) and Juan Suarez (juan.suarez@wnco.com).

    **It is so ordered** this 15th day of January, 2014.

/s/ Sam A. Lindsay<br>
Sam A. Lindsay<br>
United States District Judge

Order - Solo Page